**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION (COLUMBUS)**

| | | |
|---|---|---|
| **MATTHEW R. HAMILTON, et al.,** | : | **CASE NO.  2:17-cv-00707-EAS-EPD** |
| | : | |
| **Plaintiffs,** | : | **(Chief Judge Edmond A. Sargus)** |
| | : | **(Magistrate Judge Elizabeth P. Deavers)** |
| **vs.** | : | |
| | : | **STIPULATION FOR 21-DAY** |
| **CARRINGTON MORTGAGE** | : | **EXTENSION OF TIME TO MOVE,** |
| **SERVICES, LLC,** | : | **PLEAD OR OTHERWISE RESPOND** |
| | : | **TO COMPLAINT** |
| **Defendant.** | : | |

Pursuant to Local Rule 6.1(a), it is hereby stipulated and agreed by and between Plaintiffs Matthew R. Hamilton and Rebecca A. Hamilton (collectively, "the Hamiltons") and Defendant Carrington Mortgage Services, LLC ("Carrington") that Carrington shall have an extension of time of twenty-one (21) days, up to and including September 28, 2017, within which to move, plead or otherwise respond to the Hamiltons' Complaint.  No prior extensions have been requested by or granted to Carrington, and this Stipulation is being filed before the expiration of the period originally prescribed, as set forth in Civil Rule 6(b)(1).

 Respectfully submitted,


| | |
|---|---|
| */s/ Marc E. Dann    (per authorization)* | */s/ Nathan H. Blaske* |
| Marc E. Dann (0039425) | Nathan H. Blaske (0076460) |
| Daniel M. Solar (0085632) | Harry W. Cappel (0066513) |
| Emily White (0085662) | *Counsel for Defendant,* |
| *Counsel for Plaintiffs, Matthew R.* | *Carrington Mortgage Services, LLC* |
| *Hamilton and Rebecca A. Hamilton* | GRAYDON HEAD & RITCHEY, LLP |
| **DannLaw** | 312 Walnut Street |
| P.O. Box 603104 | Suite 1800 |
| Cleveland, OH 603104 | Cincinnati, OH 45202 |
| Telephone:  (216) 373-0539 | Telephone:  (513) 621-6464 |
| Facsimile:  (216) 373-0536 | Facsimile:   (513) 651-3836 |
| Email: notices@dannlaw.com | Email: nblaske@graydon.law |
| | hcappel@graydon.law |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Stipulation for 21-day Extension of Time to Move, Plead or Otherwise Respond to Complaint* was served electronically on the date of filing through the Court's ECF system and on all ECF participants registered in this case at the email address registered with the Court.

/s/ Nathan H. Blaske
Nathan H. Blaske (0076460)
Harry W. Cappel (0066513)

7822530.1

2