# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Matthew R. Hamilton,** *et al.,* | : | |
| | | **Case No. 2:17-cv-707** |
| **Plaintiff(s),** | : | |
| | | **Chief Judge Edmund A. Sargus, Jr.** |
| **v.** | : | |
| | | **Magistrate Judge Elizabeth P. Deavers** |
| **Carrington Mortgage Services,** | : | |
| | | **Mediator Robert M. Kincaid** |
| **Defendant(s).** | : | |

## NOTICE OF SETTLEMENT CONFERENCE

Under the provisions of General Order 13-01, this case is hereby noticed for Settlement Week Mediation **DECEMBER 14, 2017 at 10:30 A.M.**.

Please report to United States District Court, 85 Marconi Blvd., Room 121, Columbus, Ohio, 43215.

The **rules for mediation** are:
1. **Each party** and their **trial attorney must attend.**
2. No later than **DECEMBER 1, 2017 plaintiff** must serve a fully documented written **settlement demand** on the mediator and counsel for all other parties.
3. No later than **DECEMBER 8, 2017 defendant** must make a reasoned written **response** served on all counsel **and the mediator.**

**NOTE:** The mediator should notify the court if the plaintiff and/or defendant fail to comply with this order.

4. All settlement discussions shall be subject to Federal Evidence Rule 408.

**CANCELLATION.** If, after exchanging offers and demands, all counsel agree that the case should not be mediated during the above Settlement Week, they must file a motion to request cancellation. The motion must be served on the client.

Date: November 20, 2017
*s/ Sherry Nichols*
Sherry Nichols/Courtroom Deputy
(614)-719-3461
sherry_nichols@ohsd.uscourts.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**Matthew R. Hamilton,** *et al.,* :

        Case No.  2:17-cv-707

    **Plaintiff(s),** :

        **Chief Judge Edmund A. Sargus, Jr.**

    **v.** :

        **Magistrate Judge Elizabeth P. Deavers**

**Carrington Mortgage Services,** :

        **Mediator Robert M. Kincaid**

    **Defendant(s).** :

**MEDIATOR'S SETTLEMENT WEEK REPORT**

**Please return this report to Sherry Nichols, Room 208, following the conference.**

**I. RESULTS OF CONFERENCE.**

1.    ___ The case is settled.  Dismissal entry to be filed by _____.
2.    ___ Negotiations have not reached impasse, but the case requires:
   - (a)    ___ additional negotiations between counsel. Counsel will file status report by _____.
   - (b) ___ additional conference with
     - ___ Mediator
     - ___ Magistrate Judge
     - ___ District Judge
3.    ___ Negotiations are at impasse.  The case
   - ___ requires additional discovery
   - ___ requires resolution of a dispositive motion
   - ___ is ready for trial
   - ___ (other) _____

**II. COMPLIANCE WITH COURT ORDER.**

1. Were all persons with settlement authority present?
   ____ Yes     ____ No  (please explain)
2. Were all trial counsel present?
   ____ Yes     ____ No  (please explain)
3. Were offers/demands exchanged prior to the conference?
   ____ Yes     ____ No  (please explain)

**III. COMMENTS:  (Use back for comments)- Do not disclose substance of discussions or other confidential information**