# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**MATTHEW R. HAMILTON**, *et al.*,

    Plaintiffs,

v.

**CARRINGTON MORTGAGE SERVICES, LLC,**

    Defendant.

Case No. 2:17-cv-707
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
Magistrate Judge Elizabeth Preston Deavers

## ORDER

This matter is before the Court on the parties' joint stipulated dismissal pursuant to Federal Rule of Civil Procedures 41. (ECF No. 43). The parties' motion is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. (ECF No. 43). The Clerk is **DIRECTED** to dismiss the case in accordance with this Order.

**IT IS SO ORDERED.**

3-5-2019
**DATE**

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**